

# NUMBER 13-21-00133-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF A.M.A., A CHILD

---

On appeal from the 343rd District Court
of Bee County, Texas.

---

## ORDER TO FILE APPELLANT'S BRIEF

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

This cause is before the Court on appellant P.A.'s motion for extension of time to file her brief. This Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file her brief should be granted pursuant to this order.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* Tex. R. App. P. 28.4; Tex. R. Jud. Admin. 6.2(a),

*reprinted in* TEX. GOV'T CODE ANN., tit.2, subtit. F app. In accordance with the limited time for consideration of these appeals, this Court requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by requests for extensions of time to file the brief. *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.

Appellant's motion for extension of time to file her brief is hereby GRANTED, and appellant is hereby ORDERED to file her appellate brief with this Court on or before 5:00 p.m. on July 6, 2021. Further motions for extension of time will not be favorably entertained by this Court, absent truly extraordinary circumstances alleged and supported by appropriate argument, authority, and any necessary evidence.

PER CURIAM

Delivered and filed on the
22nd day of June, 2021.